# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH NKUNZI,<br><br>　　　　　　　Defendant. | Case No. MJ13-379<br><br>**DETENTION ORDER** |

Offense charged:

　　Conspired Mail Fraud.

Date of Detention Hearing: July 31, 2013.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

There are no conditions of release which will reasonably assure the defendant's appearance as required. Defendant is a naturalized U.S. citizen which he obtained through a

DETENTION ORDER - 1

1  marriage visa petition.  The government has proffered defendant has taken 20 foreign trips since
2  2006 and is believed to have traveled last month to Belguim.  There is no additional information
3  available regarding the defendant's history, residency, or ties to this district.

4  It is therefore **ORDERED**:

5  (1)  Defendant shall be detained pending trial and committed to the custody of the
6  Attorney General for confinement in a correctional facility separate, to the extent practicable,
7  from persons awaiting or serving sentences, or being held in custody pending appeal;

8  (2)  Defendant shall be afforded reasonable opportunity for private consultation with
9  counsel;

10  (3)  On order of a court of the United States or on request of an attorney for the
11  Government, the person in charge of the correctional facility in which Defendant is confined
12  shall deliver the defendant to a United States Marshal for the purpose of an appearance in
13  connection with a court proceeding; and

14  (4)  The Clerk shall direct copies of this order to counsel for the United States, to
15  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
16  Officer.

17  DATED this 31st day of July, 2013.

_____
DEAN BRETT
United States Magistrate Judge

DETENTION ORDER - 2